SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 MAY 31 A 11: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORIS V. CARDENAS,<br><br>Defendant. | CR 07 00343 PVT<br>No.<br><br>VIOLATION: Title 18 United States Code, Section 1703(b) - Delay or Destruction of Mail (Class A Misdemeanor)<br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

In or about January 2007, in the Northern District of California and elsewhere, the defendant

DORIS V. CARDENAS

///

///

///

without authority did open and destroy mail not directed to her, in violation of Title 18, United States Code, Section 1703(b), a Class A misdemeanor.

DATED: May 30, 2007

SCOTT N. SCHOOLS
United States Attorney

DAVID CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: )
CHRISTINE BOEHM
Law Clerk

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §1703(b) - Delay or destruction of mail or newspapers (Class A Misdemeanor)

☐ Petty ☐ Minor ☒ Misdemeanor ☐ Felony

PENALTY:

1 year imprisonment; $100,000 fine; 1 year supervised release; $25 special assessment.

CR

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED
2007 MAY 31 A 11: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT** - U.S.

DORIS V. CARDENAS

DISTRICT COURT NUMBER

07 00343 PVT

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
S/A Regina King, U.S. Postal Service, Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): MATTHEW A. LAMBERTI

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** — Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** — Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments: