1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-07-00343 PVT |
|                              ) | |
|         Plaintiff,           ) | DEFENDANT'S SENTENCING |
|                              ) | MEMORANDUM |
| vs.                          ) | |
|                              ) | |
| DORIS CARDENAS,              ) | Date:   November 14, 2007 |
|                              ) | Time:   11:00 a.m. |
|         Defendant.           ) | Court:  Hon. Patricia V. Trumbull |
| _____) | |

The defense concurs with the sentencing recommendation of the United States Probation Office, for the reasons set forth in the presentence report and the attached statement of the defendant.  Ms. Cardenas accordingly requests that the Court grant her probation on the recommended terms, with the sole modification that she be permitted to satisfy the fine by monthly payments rather than by community service in the event she regains full-time employment.

Defendant's Sentencing Memorandum         1

Dated: November 7, 2007

                          Respectfully submitted,

                          BARRY J. PORTMAN
                          Federal Public Defender

                          CYNTHIA C. LIE
                          Assistant Federal Public Defender