October 15, 2007

Superior Court of San Jose

To Whom It May Concern:

I, Doris V. Cardenas would like to express how remorseful I am for my actions at the US Postal Service. I acknowledge that what I did was wrong and regret the decisions I made during my need of desperation. You may feel that no excuse would justify my actions, in which I agree and I will deal with the consequences as best as I can. All I ask that you keep in mind that I am a single mother raising three boys with a single income and my motives were unjustly, although it was done for the sake of my children. During the year I found myself more and more in debt with household expenses; in which got the better of me. I was not myself in a deep depression without the feeling of no way out that led me to my wrong doing.

I apologize to the courts and to my employer of over 18 years for forgiveness and hope to repay my debt in good faith. For my prior record at the post office has always been impeccable until the day I made a wrong decision. I ask that you take what I have said in consideration and hope to continue to make progress in this matter and regain your trust. Losing my job has been a very traumatic experience in which by no means will ever reoccur. I also, would like to express how deeply sorry I am to my entire family. I am indebted to them for helping me through this and hope to make good of this and regain their trust.

In sincere regret,

*Doris V. Cardenas*

Doris V. Cardenas