11/16/2007 08:33 PM EDT

Version 7.0

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | DORIS CARDENAS | DCAN507CR000343 US V CARDENAS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611002077 | 0 | PR | 25.00 | 11/14/2007 |

Division Payment Total  25.00

Grand Total  25.00

Page 1 of 1

**FILED NOV 26 2007** — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

$25.00 SPECIAL ASSESSMENT ON 11/14/07 PAID IN FULL.