1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00343 PVT |
| ) | |
| Plaintiff, ) | STIPULATION TO AMEND JUDGMENT |
| ) | |
| vs. ) | |
| ) | |
| DORIS CARDENAS, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate and agree that the Order of Judgment and Commitment issued November 14, 2007 in the above-captioned matter may be amended, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, to accurately reflect this Court's oral ruling at the sentencing hearing of the same date. Specifically, Special Condition of Probation (1) may be amended to read as follows:

> The defendant shall perform 220 hours of community service as directed by the probation officer in lieu of payment of the fine, but the defendant retains the option of reverting to monetary payments subject to the approval of the probation officer or the Court.

United States Probation Officer Waseem Iqbal has been consulted as to the proposed amendment and has no objection.

Stipulation to Amend Judgment             1

1
2  Dated: November 26, 2007
3                                           /s_____
                                            CYNTHIA C. LIE
4                                           Assistant Federal Public Defender
5
   Dated: November 26, 2007
6
                                            /s_____
7                                           JEFFREY B. SCHENK
                                            Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation to Amend Judgment                    2