IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00343 PVT |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AMENDING |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DORIS CARDENAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that Special Condition of Probation (1) of the Order of Judgment and Conviction entered November 14, 2007 is hereby amended to read as follows:

The defendant shall perform 220 hours of community service as directed by the probation officer in lieu of payment of the fine, but the defendant retains the option of reverting to monetary payments subject to the approval of the probation officer or the Court.

Dated: November ___, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Amend Judgment                1